IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DARIO PINTOR,**

    **Plaintiff,**

v.                                                                   CASE NO.: 8:20-cv-00467

**LVNV FUNDING, LLC, and**
**FINANCIAL RECOVERY SERVICES,**
**INC.,**

    **Defendants.**

_____/

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant LVNV Funding, LLC (LVNV) hereby removes the above-captioned matter to this Court from the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida Small Claims Division and in support thereof avers as follows:

1.    LVNV is a defendant in a civil action originally filed on or about January 20, 2020, in the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida Small Claims Division titled *Dario Pinter v. LVNV Funding, LLC and Financial Recovery Services, Inc.*, and docketed to Case No. 20-CC-003455 Division L.

2.    This removal is timely under 28 U.S.C. § 1446(b). LVNV received service of process on January 29, 2020.

3.    Pursuant to 28 U.S.C. § 1446(b), attached hereto as Exhibit A are copies of all process, pleadings and orders LVNV received in the state court action.

4.    The United States District Court for the Middle District of Florida, Tampa Division has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed

claims against LVNV alleging violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5.   On this date, LVNV has provided notice of this Removal to all counsel and to the County Court of the Thirteenth Judicial Circuit In and For Hillsborough County, Florida Small Claims Division.

6.   Undersigned counsel, who also represents Financial Recovery Services, Inc., respectfully submits that FRS consents to this removal.

WHEREFORE, Defendant LVNV Funding, LLC respectfully removes this case to the United States District Court for the Middle District of Florida, Tampa Division.

Respectfully submitted,

**MESSER STRICKLER, LTD.**

By:   */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
NICOLE D. SAUNDERS, ESQUIRE
FL Bar No. 0125119
12276 San Jose Blvd.
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
nsaunders@messerstrickler.com
*Counsel for Defendants*

Dated: February 27, 2020

## CERTIFICATE OF SERVICE

I certify that on February 27, 2020, a true copy of the foregoing document was served as follows:

*Via Email*
Bryan J. Geiger, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
BGeiger@SeraphLegal.com
*Counsel for Plaintiff*

*Via Electronic Service*
Clerk of Court
County Court
In and For Hillsborough County

**MESSER STRICKLER, LTD.**

By: */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
FL Bar No. 0120079
NICOLE D. SAUNDERS, ESQUIRE
FL Bar No. 0125119
12276 San Jose Blvd
Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com
nsaunders@messerstrickler.com
*Counsel for Defendants*

Dated: February 27, 2020